## Commonwealth v. Scott, Appellant.

Argued September 19, 1972. *Raymond P. Forceno,* with him *Brobyn, Monaco & Moran,* for appellant; *Robyn Greene,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Shindler, Appellant.

Submitted September 11, 1972. *Thomas S. McCready,* Public Defender, for appellant; *John Deutsch,* District Attorney, for Commonwealth, appellee.

Order affirmed.